**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 06-3144M |
|---|---|
| Plaintiff, | **O R D E R** |
| v. | |
| Jeffery Jon Madden, | |
| Defendants. | |

Pursuant to the Government's Motion to Dismiss Complaint and good cause appearing,

IT IS HEREBY ORDERED dismissing the complaint against JEFFERY JON MADDEN, without prejudice.

IT IS FURTHER ORDERED quashing the Warrant of Arrest issued in this matter.

DATED this 28th day of April, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge